**Reginald EWING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59018.**

Missouri Court of Appeals, Western District.

June 26, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2001.

Application for Transfer Denied Sept. 25, 2001.

Sarah N. Weber, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., ULRICH, J., and HANNA, S.J.

## ORDER

PER CURIAM:

Reginald Ewing appeals from the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. In his Rule 29.15 motion, Mr. Ewing sought to vacate his convictions for two counts of second degree assault, § 565.060, RSMo 2000, four counts of first degree assault, § 565.050, RSMo 2000, six counts of armed criminal action, § 571.015, RSMo 2000, one count of first degree burglary, § 569.160, RSMo 2000, and sentence of a total of one hundred years imprisonment.[1] The judgment of the motion court denying Mr. Ewing's Rule 29.15 motion is affirmed. Rule 84.16(b).

---

1. Mr. Ewing was sentenced to various concurrent and consecutive sentences on all thirteen counts, which the court calculated to equal one hundred years imprisonment.